UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY C. RICHARD, | 1:06-cv-01513-LJO-DLB-PC |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 13) |
| vs. | |
| M. MARTINEZ, et al., | **ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND** |
| Defendants.              / | |

Plaintiff, Timothy C. Richard ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 18, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On June 18, 2007, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed May 18, 2007, are ADOPTED IN FULL;

2.   Plaintiff's complaint with regard to the opening of outgoing mail containing legal correspondence is DISMISSED, with leave to amend, for failure to state a claim upon which relief may be granted.  Within **thirty (30) days** from the date of service of this order, plaintiff shall file an amended complaint with regard to this issue only.  The failure to file an amended complaint will result in a recommendation that this action be dismissed for failure to obey a court order and failure to state a claim upon which relief may be granted;

3.   Plaintiff's complaint with regard to the opening of mail marked as official business from federal agencies is DISMISSED for failure to state a claim upon which relief may be granted; and,

4.   Plaintiff's complaint with regard to the delay in receiving court documents from the mail room is DISMISSED for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

**Dated:   July 27, 2007**               /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

2